An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

GREGORY JAMES BENNETT,
Appellant,
vs.
WARDENS JACK PALMER; AND LISA WALSH,
Respondents.

No. 62185

**FILED**

JUN 11 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant's motion to voluntarily dismiss this appeal is granted. Accordingly, this appeal is hereby dismissed, with the parties to bear their own costs and fees. NRAP 42(b).

It is so ORDERED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:  Hon. James E. Wilson, District Judge
     Gregory James Bennett
     Attorney General/Carson City
     Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-17008